IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KLEEN ENERGY SYSTEMS, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:13-CV-00921-WWE |
| ) | |
| ACE AMERICAN INSURANCE COMPANY, ) | |
| NATIONAL UNION FIRE INSURANCE ) | |
| COMPANY OF PITTSBURGH, PA, GREAT ) | |
| LAKES REINSURANCE (UK) PLC, GENERAL ) | |
| SECURITY INDEMNITY COMPANY OF ) | |
| ARIZONA, ARCH INSURANCE COMPANY, ) | |
| INTERNATIONAL INSURANCE COMPANY OF ) | |
| HANNOVER LTD., AND CERTAIN ) | |
| UNDERWRITERS AT LLOYD'S LONDON ) | |
| SUBSCRIBING TO POLICY NOS. ) | SEPTEMBER 26, 2013 |
| 60098908AA, NED463WA3634, ) | |
| PN00177AA001 and AGP076002A08, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S CONSENTED-TO MOTION TO REMAND CASE TO CONNECTICUT SUPERIOR COURT**

Plaintiff, Kleen Energy Systems, LLC, hereby moves this Court for an order remanding this case to the Connecticut Superior Court, Judicial District of Middlesex at Middletown, on the grounds that it was improperly removed to federal court under 28 U.S.C. § 1441, and must be remanded, as more fully set forth in Kleen Energy's attached Memorandum of Law in Support of its Consented-to Motion Remand Case to Connecticut Superior Court. Counsel for the Defendants have been consulted on this matter and consent to Plaintiff's Motion. In addition, both the Plaintiff and the Defendant request that this Court suspend all applicable deadlines in this matter while the Court undertakes to make a decision on the pending Motion to Remand.

-2-

Respectfully submitted,
Kleen Energy Systems, LLC


By: */s/ Lee D. Hoffman*
Lee D. Hoffman (ct17068)
Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103
   Telephone  860-424-4315
   Facsimile 860-424-4370
Its Attorneys

## CERTIFICATE OF SERVICE

      I hereby certify that on September 26, 2013 a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                          */s/ Lee D. Hoffman*
                                          Lee D. Hoffman (ct17068)